# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

UNITED STATES OF AMERICA

-vs-

MICHAEL CALZADIAS

Case Number: 2:04-cr-53-FtM-29DNF

USM Number: 33813-018

Charles M. Harris, CJA
1375 Jackson St.
Fort Myers, FL 33901

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers One, Two & Three of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Travel outside the district without permission, in violation of Condition One of the Standard Conditions of Supervision | October 4, 2007 |
| Two | Failure to notify the probation officer within seventy-two hours after being arrested or questioned by a law enforcement officer, in violation of Condition Eleven of the Standard Conditions of Supervision | October 7, 2007 |
| Three | New Conviction for Criminal Conduct, Possession of a Controlled Substance (Cocaine), while on supervision in violation of the conditions of supervision | September 26, 2008 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

6/29/2009

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

June 30, 2009

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **12 Months & One Day**.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

**SUPERVISED RELEASE IS REVOKED AND NOT REIMPOSED**